**Minikan Wreth JOHNSON, Petitioner**

v.

**ATTORNEY GENERAL OF
The UNITED STATES of
America, Respondent.**

**No. 12–3343.**

United States Court of Appeals,
Third Circuit.

June 16, 2015.

Herbert C. Shelley, Esq., Jessica L. Urban, Esq., Steptoe & Johnson, Washington, DC, for Petitioner.

Jeffrey Bernstein, Esq., Eric H. Holder, Jr., Esq., Thomas W. Hussey, Esq., Margaret A. O'Donnell, Esq., Ann C. Varnon, Esq., United States Department of Justice, Washington, DC, for Respondent.

Present: HARDIMAN, SCIRICA and ROTH, Circuit Judges.

### ORDER

ANTHONY J. SCIRICA, Circuit Judge.

The foregoing motion to clarify or amend the decision of December 17, 2014 is granted. Upon further review, the Court will issue an amended opinion. The amended opinion does not affect the entry of judgment.

1. Motion by Respondent to Clarify or Amend Decision of December 17, 2014.

2. Response in Opposition by Petitioner to Motion to Clarify or Amend Decision of December 17, 2014.